CHERYL A. LUKE
Environmental Enforcement Section
Environment and Natural Resources Division
U.S. Department of Justice, P.O. Box 7611
Washington, DC 20044-7611
Tel. (202) 514-5466
Fax (202) 616-2427
Virginia State Bar # 26331
E-mail: cheryl.luke@usdoj.gov

MELINDA HAAG
United States Attorney
JOANN SWANSON
Chief, Civil Division
Office of United States Attorney
450 Golden Gate Ave., 11th Floor
San Francisco, CA 94102
Tel. (415)436-7200

DAVINA PUJARI (SBN 183407)
CHRISTOPHER D. JENSEN (SBN 235108)
Stice & Block LLP
2335 Broadway, Suite 201
Oakland, CA 94162
Tel. (510) 735-0030
Fax (510) 735-0040
Email; dpujari@sticeblock.com; cjensen@sticeblock.com

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>COLUMBUS MANUFACTURING, INC.,<br><br>Defendant. | Civil Action No. 3:12-cv-00471-EMC<br><br>**JOINT STIPULATION TO TERMINATE CONSENT DECREE** |

COME NOW the Parties to this action, the United States of America, and Columbus Manufacturing, Inc. (CMI) and file this Joint Stipulation To Terminate the Consent Decree

915215.1

1

entered by this Court on March 14, 2012. Pursuant to the Consent Decree at Section XVII, Paragraph 75, CMI submitted a Request for Termination of the Consent Decree on January 5, 2015.  Pursuant to the Consent Decree at Section XVII, Paragraph 76, the United States and CMI have conferred and have determined that CMI has completed all the requirements of this Consent Decree.  Thus, the Parties are submitting for the Court's approval this joint stipulation terminating the Decree pursuant to Paragraph 76 of the Consent Decree.

The parties submit to the Court that CMI has completed the requirements of Section V (Injunctive Relief) of the Decree, has maintained satisfactory compliance with the Consent Decree for a period of six months following completion of the third-party audits, has paid the civil penalties required of Section IV of the Decree, and has otherwise satisfactorily complied with the requirements for termination of the Consent Decree.  The parties request entry of the attached proposed Order approving this Joint Stipulation To Terminate Consent Decree. The parties will be executing separate signature pages for this Joint Stipulation.

915215.1

THE UNDERSIGNED PARTIES enter into this Joint Stipulation To Terminate Consent Decree in the Matter of United States of America v. Columbus Manufacturing, Inc., Civil Action No. 3:12-cv-00471-EMC (N.D. Cal.).

FOR PLAINTIFF UNITED STATES OF AMERICA:

/s/Cheryl A. Luke
CHERYL A. LUKE
Environmental Enforcement Section
Environment and Natural Resources
  Division
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044-7611
Phone 202.514.5466

915215.1

3

THE UNDERSIGNED PARTIES enter into this Joint Stipulation To Terminate Consent Decree in the Matter of United States of America v. Columbus Manufacturing, Inc., Civil Action No. 3:12-cv-00471-EMC (N.D. Cal.).

FOR DEFENDANT COLUMBUS MANUFACTURING, INC.

/s/Davina Pujari
DAVINA PUJARI
Stice & Block LLP
2335 Broadway, Suite 201
Oakland, CA 94162
Tel. (510) 735-0030
Fax (510) 735-0040
Email; dpujari@sticeblock.com; cjensen@sticeblock.com

1 | CHERYL A. LUKE
Environmental Enforcement Section
2 | Environment and Natural Resources Division
U.S. Department of Justice, P.O. Box 7611
3 | Washington, DC 20044-7611
Tel. (202) 514-5466
4 | Fax (202) 616-2427
Virginia State Bar # 26331
5 | E-mail: cheryl.luke@usdoj.gov

6 | MELINDA HAAG
United States Attorney
7 | JOANN SWANSON
Chief, Civil Division
8 | Office of United States Attorney
450 Golden Gate Ave., 11th Floor
9 | San Francisco, CA 94102
Tel. (415)436-7200
10
DAVINA PUJARI (SBN 183407)
11 | CHRISTOPHER D. JENSEN (SBN 235108)
Stice & Block LLP
12 | 2335 Broadway, Suite 201
Oakland, CA 94162
13 | Tel. (510) 735-0030
Fax (510) 735-0040
14 | Email; dpujari@sticeblock.com; cjensen@sticeblock.com

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>COLUMBUS MANUFACTURING, INC.,<br><br>Defendant. | Civil Action No. 3:12-cv-00471-EMC<br><br>**[PROPOSED] ORDER TERMINATING**<br><br>**CONSENT DECREE** |

The Court having read the Joint Stipulation to Terminate the Consent Decree entered by the Court on March 14, 2012, and the Court being advised that the Defendant has met all

915215.1

1 obligations under the Decree, it is hereby

2     ORDERED:

3     That the Consent Decree in this matter is now TERMINATED, and there being no further

4 outstanding issues between the parties, the litigation is hereby DISMISSED with prejudice.

5     DONE AND ORDERED this <u>13th</u> day of <u>February</u>, 2015.



_____
UNITED STATES DISTRICT JUDGE

2

915215.1